UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michael Garrison,

    Plaintiff,                                       Case No. 06-13258

v.                                                       Hon. Nancy G. Edmunds

Beth Davis, et. al.,

    Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for temporary restraining order and preliminary injunction filed on February 11, 2008, is hereby DENIED.

    SO ORDERED.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: March 21, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 21, 2008, by electronic and/or ordinary mail.

                              s/Carol A. Hemeyer
                              Case Manager