UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michael Garrison,

       Plaintiff,                                     Case No. 06-13258

v.                                                    Hon. Nancy G. Edmunds

Beth Davis, et. al.,

       Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that the motion for summary judgment filed by Defendants Jerome and Scott-Hogan is GRANTED.

       SO ORDERED.


                                       s/Nancy G. Edmunds
                                       Nancy G. Edmunds
                                       United States District Judge

Dated: September 5, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 5, 2008, by electronic and/or ordinary mail.

                                       s/Carol A. Hemeyer
                                       Case Manager