# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL GARRISON,

      Plaintiff,             CIVIL ACTION NO. 06-CV-13258

  vs.

                                DISTRICT JUDGE NANCY G. EDMUNDS

BETH DAVIS, et al.,           MAGISTRATE JUDGE MONA K. MAJZOUB

      Defendants.
  _____/

## ORDER DIRECTING DEFENDANTS' COUNSEL TO PROVIDE UNDER SEAL ADDRESS FOR UNSERVED DEFENDANTS HUGHES, CMS, AND CULBERSON

This matter comes before the Court after the Court issued an Order to Show Cause to Plaintiff, and he responded. (Docket nos. 56, 61). This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff's application to proceed *in forma pauperis* has been granted. Service of process was attempted on Defendants Kelly Hughes and Correctional Medical Services but was unsuccessful. (Docket nos. 31, 46). Resident Unit Manager Culberson was only named in Plaintiff's Amended Complaint and the record fails to show an attempt to serve him. The last known addresses of these Defendants are needed for the U.S. Marshal to attempt again service of process.

**IT IS THEREFORE ORDERED** that on or before January 1, 2009 Defendants' counsel (the Michigan Department of Attorney General) file under seal, as authorized by E.D. Mich. LR 5.1 and 5.3 and the ECF Filing Policies and Procedures, and pursuant to this Order, the last known address for Defendants Kelly Hughes, Correctional Medical Services, and Resident Unit Manager Culberson.

## NOTICE TO PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: December 10, 2008

s/ Mona K. Majzoub
MONA K. MAJZOUB
UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Michael Garrison and Counsel of Record on this date.

Dated: December 10, 2008

s/ Lisa C. Bartlett
Courtroom Deputy