UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michael Garrison,

      Plaintiff,                                            Case No. 06-13258

v.                                                            Hon. Nancy G. Edmunds

Beth Davis, et. al.,

      Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that the motion to dismiss filed by Defendant Correctional Medical Services, Inc. is DENIED, and Plaintiff's cross motion for summary judgment is DENIED as to Defendant CMS.

      SO ORDERED.

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated:  May 29, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 29, 2009, by electronic and/or ordinary mail.

                                          s/Carol A. Hemeyer
                                          Case Manager