UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michael Garrison,

       Plaintiff,                               Case No. 06-13258

v.                                                  Hon. Nancy G. Edmunds

Beth Davis, et. al.,

       Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendant Correctional Medical Services, Inc.'s motion for summary judgment [#117] is GRANTED, Plaintiff's Rule 56(f) motion to deny Defendant CMS's motion for summary judgment [#125] is DENIED, and the case is hereby DISMISSED.

       SO ORDERED.

                                         s/Nancy G. Edmunds
                                         Nancy G. Edmunds
                                         United States District Judge

Dated: September 17, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 17, 2010, by electronic and/or ordinary mail.

                                         s/Carol A. Hemeyer
                                         Case Manager